■ In the Matter of FRANK BEYER, Respondent, v PATRICIA TRANELLI-ASHE, Appellant. [616 NYS2d 295] —Order unanimously affirmed without costs. Memorandum: Upon our review of the record, we conclude that the contention that respondent was denied her statutory right to the assignment of counsel is without merit (*see,* Family Ct Act § 262 [a]; *Matter of Tavolacci v Garges,* 124 AD2d 734, 736-737). (Appeal from Order of Onondaga County Family Court, Buck, J.—Contempt.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.